**FILED**
IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FOR THE DISTRICT OF NEW MEXICO

JUL 21 2006

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | |
| JOHN LOUIS MARQUEZ ) | CRIMINAL NO. 06-1604 JC |
| ) | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D): |
| Defendant. ) | Possession with intent to distribute less than 50 kilograms of marijuana; |
| ) | and 18 U.S.C. § 2: Aiding and abetting |

### INFORMATION

The United States Attorney charges:

On or about the 6th day of June, 2006, in Otero County, in the State and District of New Mexico, the Defendant, **JOHN LOUIS MARQUEZ**, did unlawfully, knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) and 18 U.S.C. § 2.

DAVID C. IGLESIAS
United States Attorney

*[signature]*

Mark A. Saltman
Assistant U.S. Attorney
555 S. Telshor Blvd., Ste. 300
Las Cruces, NM 88011
(505) 522-2304 - Tel.
(505) 522-2391 - Fax

