## SENTENCING MINUTE SHEET

**Court Time:** 8:38-8:40
**Date:** October 17, 2006
**Judge:** John Edwards Conway                                             **Reporter:** Sally Rubino
**Clerk:** Lee Jones
**USA v.** John Louis Marquez
**CR No.** 06-1604 JC
**Defendant Present**
**Defense Counsel:** Dennis Candelaria for Marc H. Robert, AFPD
**AUSA:** Alfred Perez
**Probation Officer:** Neal Stern
**Interpreter:**     None Required                      **Sworn:**
**Sentencing on** Information
**PSR Not Disputed:** X                  **Court Adopts Findings and PSR:** X
_____
### SENTENCE IMPOSED

Imprisonment:                                         BOP:  46 months
Supervised Release:  3 years
Probation:
500 Hour Drug Treatment Program:  X
Other
_____
Special Conditions:
  Participate in substance abuse program at direction of USPO:  X
  Participate in a mental health program at direction of USPO:
Must submit to search of person, property or automobile; must advise residents premises may be subject to search: X
No alcohol consumption:  X                Must not frequent places that serve alcohol:  X
Shall submit to DNA collection:  X
Shall not possess firearms or other dangerous weapons:  X
Submit to drug testing at direction of USPO:
Not re-enter USA without prior approval of Attorney General:
INS to begin immediate removal upon service of sentence:
Home confinement:               Halfway House:           Community Service:
Other:

Fine:  $0                                                Restitution:
                                                         Schedule of Payments:
SPA:     $100 due immediately                            Remitted:
_____
### OTHER

Advised of Appeal Rights:                    Waived Appeal Rights Per Plea Agreement:  X
Indictment Dismissed:                        Counts:
Voluntary Surrender:                         Held In Custody:  X
COR Continued:                               Released on Bond:
Recommended Place of Incarceration:  Englewood or Segoville
Other: