PROB 12B
(Rev. D/NM-5/03)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW MEXICO



09 JUL -7 AM 10: 04

### Request for Modifying the Conditions or Term of Supervision
### With the Consent of the Offender

| | |
|---|---|
| Name of Offender: | John Louis Marquez |
| Docket Number: | 2:06CR01604-001JC |
| Assigned Judge: | Honorable John Edwards Conway |
| Date of Original Sentence: | 10/18/2006 |
| Original Offense: | 21 U.S.C. Sec. 841(b)(1)(D) - Possession with Intent to Distribute Less than 50 Kilograms of Marijuana |
| Original Sentence: | BOP: 46 months; TSR: 36 months |
| Date Supervision Commenced: | October 31, 2009 |
| Date Supervision Expires: | October 30, 2012 |
| Other Court Action: | None. |

## PETITIONING THE COURT

U.S. Probation Officer Nick Nevares is petitioning the Court:

To modify the conditions of supervision as follows:
Special Condition - "The defendant shall reside at and complete a program at a community corrections center for a period of up to 6 months as approved by the probation officer."

## JUSTIFICATION

John Louis Marquez is completing his 46 month term of imprisonment at FCI Florence. According to the Bureau of Prisons, case manager D. Maroni, the defendant has no viable release plan or secure residence. He would benefit from a community corrections center placement in order to find employment and transition successfully back into the community.

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable changes may be made in my conditions of supervision or my period of supervision being extended. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing. I also agree to the above modifications of my conditions of supervision or to the proposed extension of my term of supervision.

Witness: _____

Title: _____

Date: _____

Signed: *John Marsi*
Probationer or Supervised Releasee

Date: 6·19·09

Attorney ☒ Phone Approval

Date: 6/29/09   Marc Robert

I declare under penalty of perjury that the foregoing is true and correct.
Executed on .

Nick Nevares
U.S. Probation Officer

Approved by: *signature*
Rob Rosenbloom
Supervising U.S. Probation Officer

### THE COURT ORDERS:

☑ The conditions of supervision be modified as noted above and made a part of the record.
☐ The term of supervision is extended as noted above and made a part of the record.
☐ That a hearing be scheduled and that the defendant appear before the Court for a hearing to consider modification.
☐ Other: _____

Considered this 2nd day of July, 2009 and made a part of the record in the above case.

*signature*
Signature of Judicial Officer