PROB 12C
(Rev. D/NM-5/03)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | John Louis Marquez |
| Docket Number: | 2:06CR01604-001JC |
| Assigned Judge: | Honorable John Edwards Conway |
| Date of Original Sentence: | 10/18/2006 |
| Original Offense: | 21 U.S.C. Sec. 841(b)(1)(D) - Possession with Intent to Distribute Less than 50 Kilograms of Marijuana |
| Original Sentence: | BOP: 46 months; TSR: 36 months |
| Date Supervision Commenced: | October 31, 2009 |
| Date Supervision Expires: | October 30, 2012 |
| Other Court Action: | None. |

## PETITIONING THE COURT

U.S. Probation Officer of the Court, Mike Adolph, alleges the offender has violated the following condition(s) of supervised release.

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Mandatory Condition - "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the Court." |
| | The defendant submitted drug tests that were positive for cocaine on July 13 and 28, 2010. Additionally, on August 13, 2010, the defendant admitted to using cocaine everyday for approximately the last two weeks. A drug test was conducted on August 13, 2010, and the results remain pending at this time. |
| 2 | Standard Condition - "The defendant shall not leave the judicial district without the permission of the court or probation officer." |
| | On August 13, 2010, the defendant admitted to traveling to the Republic of Mexico without the permission of the Court or the United States Probation Office. |

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 13, 2010.

| Submitted: | Approved: | ☒ Phone Approval |
|---|---|---|
| _____ | _____ | |
| Mike Adolph | Mark Saltman | |
| U.S. Probation Officer | Assistant U.S. Attorney | |
| | | |
| Date: August 13, 2010 | Date: August 13, 2010 | |