**VIOLATION OF SUPERVISED RELEASE PROCEEDINGS MINUTE SHEET**

|  |  | Time In: | **11:47 AM** | Time Out: | **11:49 AM** | **(2 MINUTES)** |
|---|---|---|---|---|---|---|
|  |  | Date: | **5/11/2011** |  |  |  |
|  | Cr. No. | **CR 06-1604 JC** | USA v. | **MARQUEZ** |  |  |
|  |  | The Honorable | **JOHN EDWARDS CONWAY** |  |  |  |
| Clerk: |  | **CHRIS EUBANKS** |  | Court Reporter: | **JULIE GOEHL** |  |
| Defendant: |  | **JOHN LOUIS MARQUEZ (Present)** |  | Defendant's Counsel: | **STEVE SOSA FOR M. ROBERT** |  |
| AUSA: |  | **TERESA RAYMOND** |  | Probation Officer: | **MIKE ADOLPH** |  |
| VSR Held: |  | **LAS CRUCES** |  | Interpreter: | **NONE** |  |

### ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|---|---|
| X | Defendant sworn |
| X | Court questions Defendant regarding his physical and mental conditions |
| X | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Defendant **ADMITS** violation(s): **Defendant admits to violations 1 & 2** |
| X | Proceed to sentencing |
|   | Violation Report **WAIVED** |

### SENTENCE IMPOSED

| Supervision imposed: |  | Imprisonment: | **8 MONTHS** | Supervised Release: | **WILL NOT BE REIMPOSED** |
|---|---|---|---|---|---|

### SPECIAL CONDITIONS

|  |  |
|---|---|
|  |  |

### OTHER

| | |
|---|---|
| X | **ADVISED OF** Appeal Rights |
| X | **HELD IN CUSTODY** |
| X | Recommended place of incarceration - **FCI FLORENCE, COLORADO** |
| NOTES: |  |